IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN KINLAW,                          )
                                      )
        Plaintiff,                    )
v.                                    )          Civil Action No. 3:17-cv-00772 (REP)
                                      )
CHARLES NWAOKOCHA, *et al.*,          )
                                      )
        Defendants.                   )

AGREED ORDER
(Granting Joint Motion to Modify Scheduling Order)

Upon consideration of the parties' Joint Motion to Modify the Scheduling Order, and for

good cause shown, it is hereby ORDERED that the JOINT MOTION TO MODIFY THE

SCHEDULING ORDER is GRANTED.

The operative scheduling order is as follows:

| Scheduled Event | Deadline |
|---|---|
| Second Deposition of Dr. Katz | May 10, 2019 |
| Any additional depositions to be taken by: | May 23, 2019 |
| Dispositive/Summary Judgment Motions must be filed by: | May 31, 2019 |
| Motions in Limine shall be filed by: | May 31, 2019 |
| Counsel for each party shall meet and confer in good faith to enter into written stipulation of uncontroverted facts no later than: | June 7, 2019 |
| All Parties serve on all other counsel a list of all discovery material, specifying the appropriate portions thereof, that the party intends to offer at trial by: | June 11, 2019 |
| Plaintiff to file Witness List & Exhibit List – (A set of exhibit shall be delivered to the opposing party on the date the serving party's exhibit list is filed) by: | June 12, 2019 |

1

| | |
|---|---|
| Defendant to file Witness List & Exhibit List – (A set of exhibit shall be delivered to the opposing party on the date the serving party's exhibit list is filed) by: | June 14, 2019 |
| All Parties shall serve on all counsel a list of rebuttal designations and amended summaries by: | June 18, 2019 |
| All Parties to file objections to exhibits by: | June 20, 2019 |
| All Parties shall file in writing with the Court any objection to the introduction of any designation or parts thereof or any summary shall be filed by each of the parties in writing with the Clerk by: | June 21, 2019 |
| All Parties to file written stipulations by: | June 21, 2019 |
| Counsel shall confer to resolve objections to discovery designations (if not resolved, they shall be determined at the FPC) by: | June 24, 2019 |
| Deadline for the party offering designated discovery; responsible for conforming it to the agreement reached by the parties or to the rulings on objections; filing the conformed version; and providing it to opposing counsel and court with a conformed set of all designated discovery: | June 27, 2019 |
| A hearing (re: Summary Judgment Motions) must be scheduled to take place by: | June 28, 2019 |
| Motions in Limine to be heard by: | June 28, 2019 |
| Final Pretrial Conference  (with Final Pretrial Order presented for entry by Pl.) to be held on: | July 2, 2019 at 10:00 a.m. |
| Deadline to file Proposed Jury Instructions and Jury Verdict Form: | July 5, 2019 |
| Deadline to file objections to jury instructions: | July 8, 2019 |
| Deadline to file Voir Dire questions: | July 8, 2019 |

| | |
|---|---|
| Deadline for Plaintiff to file a set of all instructions as to which the parties are in agreement, a separate set of instructions as to which there remains a dispute, and with respect to each such instruction shall briefly state the points on which the parties are still in dispute: | July 11, 2019 |
| Deadline to file objections to Voir Dire questions: | July 12, 2019 |
| Deadline to deliver to Clerk's Office 2 sets of pre-marked, indexed exhibits: | July 12, 2019 |

It is so ORDERED.

_____ /s/  *REV*

Hon. Robert E. Payne
Senior United States District Judge

Richmond, Virginia
ENTERED: May  2 , 2019

3