1 | P a g e

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JOHN KINLAW, ) | |
| ) | Civil Action No.: |
| ) | 3:17-cv-00772-REP |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DR. CHARLES NWAOKOCHA, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S PROPOSED JURY INSTRUCTIONS**
**AND PROPOSED VERDICT FORM**

Pursuant to the Court's Rule 16(B) Scheduling Order and Local Rule 51, Plaintiff John Kinlaw hereby offers the following proposed jury instructions (Exhibit A) and proposed verdict form (Exhibit B).

Respectfully submitted, this 5th day of July 2019.

/s/ MARIO B. WILLIAMS
Mario B. Williams (VSB #91955)

**NDH LLC**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
404-254-0442 / 404-935-9391 FAX
mwilliams@ndh-law.com
atate@ndh-law.com (Andrew R. Tate – *Pro Hac Vice*)
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing

PLAINTIFF'S PROPOSED JURY INSTRUCTIONS AND PROPOSED VERDICT FORM with

the Clerk of Court using the CM/ECF system which will automatically send email notification of

such filing to all counsel of record.

>Christopher F. Quirk
>Ramon Rodriguez, III, M.D.
>Edward McNelis, III
>Sands Anderson PC
>1111 East Main Street, Suite 2400
>Richmond, Virginia 23219
>rrodriguez@sandsanderson.com
>cquirk@sandsanderson.com
>emcnelis@sandsanderson.com
>*Counsel for Defendants*

Respectfully submitted, this 5th day of July 2019.

>/s/ MARIO B. WILLIAMS
>Mario B. Williams (VSB #91955)

**NDH LLC**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
404-254-0442 / 404-935-9391 FAX
mwilliams@ndh-law.com
atate@ndh-law.com (Andrew R. Tate – *Pro Hac Vice*)
*Counsel for Plaintiff*