THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| JOHN KINLAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 3:17-cv-00772-REP |
| | ) | |
| CHARLES NWAOKOCHA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JURY VERDICT FORM

### COUNT I - NEGLIGENCE

**Question 1:** Do you find that John Kinlaw has proven by a preponderance of the evidence that Dr. Nwaokocha fell below the standard of care in rendering care and treatment to John Kinlaw during November 19, 2016 through December 10, 2016?

_____ YES           _____ NO

*If you answered "YES" to Question #1, proceed to Question #2.*

*If you answered "NO" to Question #1, you need not answer any other question on this form. Please have the Foreperson sign at the end of this form.*

**Question 2:** Do you find that John Kinlaw has proven by a preponderance of the evidence that the care and treatment provided by Dr. Nwaokocha to John Kinlaw during November 19, 2016 through December 10, 2016 was a proximate cause of any injury or damages to John Kinlaw?

*If you answered "YES" to Questions ## 1 and 2, proceed to Question # 3.*

*If you answered "NO" to Question # 2, you need not answer any other question on this form. Please have the Foreperson sign at the end of this form.*

## COUNT II - GROSS NEGLIGENCE

**Question 3:** Do you find that John Kinlaw has proven by a preponderance of the evidence that Dr. Nwaokocha provided care and treatment to John Kinlaw at any time during his incarceration after his fall on November 19, 2016 with gross negligence?

_____ YES             _____ NO

*If you answered "YES" to Question # 3, proceed to Question # 4.*

*If you answered "NO" to Question # 3, do not answer Question # 4, but proceed to question # 7.*

**Question 4:** Do you find that John Kinlaw has proven by a preponderance of the evidence that grossly negligent care and treatment provided by Dr. Nwaokocha to John Kinlaw during his incarceration after his fall on November 19, 2016 was a proximate cause of any injury or damages to John Kinlaw?

_____ YES             _____ NO

*If you answered "YES" to Questions # 4, proceed to Question # 5.*

*If you answered "NO" to Question # 4, do not answer Question 5 proceed to question # 7*

## COUNT III - WILFULL AND WANTON NEGLIGENCE

**Question 5:** Do you find that John Kinlaw has proven by a preponderance of the evidence that Dr. Nwaokocha provided care and treatment to John Kinlaw at any time during his incarceration after his fall on November 19, 2016 in a manner that was willful and wanton?

    _____ YES     _____ NO

*If you answered "YES" to Question # 5, proceed to Question # 6.*

*If you answered "NO" to Question # 5 do not answer Question # 6, but proceed to Question # 7.*

**Question 6**: Do you find that John Kinlaw has proven by a preponderance of the evidence that willful and wanton care and treatment provided by Dr. Nwaokocha to John Kinlaw during his incarceration after his fall on November 19, 2016 was a proximate cause of any injury or damages to John Kinlaw?

    _____ YES     _____ NO

*If you answered "YES" to Question #6, proceed to Question # 7 and then Question # 8.*

*If you answered "NO" to Question #6 proceed to Question # 7, but do not proceed to Question # 8 after answering Question # 7.*

**DAMAGES**

*If you answered "YES" to at least Questions ## 1 and 2, proceed to question 7.*

*If you answered "NO" to Questions ## 1 or 2, you need not answer any other question on this form. Please have the Foreperson sign at the end of this form.*

**Question 7**: What amount of compensatory damages do you find Plaintiff John Kinlaw has proven by a preponderance of the evidence was proximately caused by Dr. Nwaokocha's negligence?

Amount of damages:_____

_____with interest from _____
                    (month/date/year)

_____without interest

*If you answered "YES" to Questions ## 1, 2, 3, 4, 5, and 6, proceed to question 8.*

*If you answered "NO" to any Question between ## 1 and 6, do not answer Question # 8. Please have the Foreperson sign at the end of this form.*

**Question 8**: What amount of punitive damages do you find John Kinlaw has proven by a preponderance of the evidence is merited because of Dr. Nwaokocha's treatment or care of John Kinlaw?

Amount of punitive damages:_____

_____
Foreperson's Printed Name

_____
Foreperson's Signature

_____
Date