**CIVIL PROCEEDINGS – U.S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION**
**JURY TRIAL MINUTE SHEET**

JUDGE:   **ROBERT E. PAYNE**                                                                 DOCKET NO.:   **3:17-CV-772**
REPORTER:   **PEPPY PETERSON, OCR**                                              DATE:   **JULY 18, 2019**

Case Style:   JOHN KINLAW v. DR. CHARLES NWAOKOCHA et al
Counsel for Plaintiff(s):   MARIO WILLIAMS; ANDREW TATE
Counsel for Defendant(s):   CHRISTOPHER QUIRK; EDWARD MCNELIS, III

Matter Comes on for:   JURY TRIAL ( ✓ )

**TRIAL PROCEEDINGS:**
JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE (   )
         EMPANELED, SWORN TO TRY ISSUE (   )

WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) (   )   DEFENDANT(S) (   )   COURT (   )

OPENING STATEMENTS MADE (   )   OPENING WAIVED (   )

PLAINTIFF(S) ADDUCED EVIDENCE (   )   RESTED (   )   MOTION (   ) _____

DEFENDANT(S) ADDUCED EVIDENCE (   )   RESTED (   )   MOTION (   ) _____

REBUTTAL EVIDENCE ADDUCED (   )   SUR-REBUTTAL EVIDENCE ADDUCED (   )

EVIDENCE CONCLUDED (   )   ARGUMENTS OF COUNSEL HEARD ( ✓ )

JURY CHARGED BY THE COURT ( ✓ )   ALTERNATE JUROR(S) DISCHARGED (   )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY:
         DEFENDANT ( ✓ )        GOVERNMENT (   )        NONE NOTED (   )

JURY OUT:   12:35 P.M.        JURY IN:   3:11 P.M.

INQUIRIES OF THE JURY RECEIVED; ANSWERED ( ✓ )        ADDITIONAL CHARGE (   )

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) ( ✓ )   MONETARY AWARD $708,671.00 (comp)
                                                                                                                        $625,000.00 (punitive)
JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) (   ) _____   (punitive reduced to
                                                                                                                        $350,000.00 by motion
                                                                                                                        of defendants; state cap)

JURY UNABLE TO AGREE (   )        MISTRIAL DECLARED (   )        JURY DISCHARGED ( ✓ )

CLERK TO ENTER JUDGMENT ON VERDICT ( ✓ )        TRIAL EXHIBITS RETURNED TO COUNSEL ( ✓ )

CASE CONTINUED UNTIL _____   AT _____   FOR _____

MOTION(S) AFTER VERDICT: Defendant will file motion for new trial and rule 50 motion; transcripts to be available by 08/13/19; opening brief due 08/28/19; response due 09/17/19; reply due 09/24/19

SET:   **9:30 A.M.**   BEGAN:   **9:32 A.M.**   ENDED:   **3:38 P.M.**   TIME IN COURT:   **3 HRS. 35 MINS.**

RECESSES:   **11:27 A.M. – 11:56 A.M.; 12:40 P.M. – 3:11 P.M.**