Does the jail have their own X-ray machine or was it ordered from a mobile X-ray company

Michelle Whitmore
7/18/19   9:00AM

Ct. EX 3