IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division


JOHN KINLAW,

    Plaintiff,

v.                              Civil Action No. 3:17-cv-772

DR. CHARLES NWAOKOCHA, <u>et al.</u>,

    Defendants.


**VERDICT FORM**


    1. We, the jury, on the issues joined, unanimously find in favor of the Plaintiff, John Kinlaw, on COUNT I.

    Yes __X__          No _____

    2. If your answer to Question No. 1 is "Yes," then answer this question:

    We unanimously award compensatory damages in the amount of $__708,671.00__ in favor of John Kinlaw against the Defendant. If none, write "0."

3. If, and only if, you award compensatory damages in answering Question No. 2, then answer this question:

We unanimously award punitive damages in the amount of $625,000.00 in favor of John Kinlaw against Defendant Dr. Charles Nwaokocha. If none, write "0."

So say we all, this 18th day of July, 2019.

---
Foreperson's Printed Name

SEALED PURSUANT TO E-GOVT ACT

---
Foreperson's Signature

SEALED PURSUANT TO E-GOVT