AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

JOHN KINLAW,

    Plaintiff,

v.

DR. CHARLES NWAOKOCHA, et al,

    Defendants.

**JUDGMENT IN A CIVIL CASE**
Case number: 3:17-cv-772

■ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that the Plaintiff, John Kinlaw is awarded damages in the amount of SEVEN HUNDRED EIGHT THOUSAND, SIX HUNDRED SEVENTY-ONE dollars ($708,671.00) compensatory damages against Dr. Charles Nwaokocha and Armor Health Correctional Health Services, Inc., jointly and severally. Interest shall accrue at the Federal Rate of 1.97% from the date hereof until paid in full.

It is further ordered and adjudged that Plaintiff, John Kinlaw is awarded punitive damages in the amount of THREE HUNDRED FIFTY THOUSAND dollars ($350,000.00) against Dr. Charles Nwaokocha, individually. Interest shall accrue at the Federal Rate of 1.97% from the date hereof until paid in full.

July 19, 2019
Date

FERNANDO GALINDO
Clerk of Court

(By) Deputy Clerk